IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DeWAYNE REMBERT,              ) | |
|     Plaintiff,              ) | |
|                              ) | CIVIL ACTION NO. |
| v.              ) | 2:12cv798-MHT |
|                              ) | (WO) |
| ADS SECURITY, L.P.,              ) | |
|     Defendant.              ) | |

### JUDGMENT

Counsel for the parties having indicated on April 4, 2013, that they have no objection, it is the ORDER, JUDGMENT, and DECREE of the court that defendant's motion to dismiss (Doc. No. 15) is granted and that this case is dismissed with prejudice in its entirety for want of prosecution.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 9th day of April, 2013.

                                                                    /s/ Myron H. Thompson  
                                        UNITED STATES DISTRICT JUDGE